1

2

3

4          **JS-6**

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   JORGE HERNANDEZ,            )    Case No. EDCV 08-1824-VAP
                                 )    (RZx)
12              Plaintiff,       )
                                 )    **JUDGMENT**
13        v.                     )
                                 )
14   AZTEC FORECLOSURE           )
     CORPORATION; LASALLE        )
15   BANK NATIONAL               )
     ASSOCIATION, AS TRUSTEE     )
16   FOR CERTIFICATEHOLDERS      )
     OF BEAR STEARNS ASSET       )
17   BACKED SECURITIES I LLC,    )
     ASSET-BACKED                )
18   CERTIFICATES, SERIES        )
     2006-HE10; and DOES         )
19   1050, inclusive,            )
                                 )
20              Defendants.      )
     _____)
21

22   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23        Pursuant to the Order filed herewith, IT IS ORDERED

24   AND ADJUDGED that Plaintiff's Complaint is DISMISSED

25   WITHOUT PREJUDICE.

26

27

28

1    The Court orders that such judgment be entered.

2

3

4    Dated:  January 28, 2009      _____
                                        VIRGINIA A. PHILLIPS
5                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28